## DECLARATION OF C. FOX

I, C. FOX, declare as follows:

1. My name as used in this declaration is an authorized registered pseudonym under federal law and the regulations of the Internal Revenue Service ("IRS").

2. I am employed as a Revenue Officer with the IRS, Small Business/Self-Employed, Collection - California, Group 14, in Laguna Niguel, California. My duties as a revenue officer include collecting delinquent tax accounts, securing delinquent tax returns, filing federal tax liens and performing evaluations of assets and property for delinquent taxpayers.

3. I make this declaration in support of the Government's Response to Defendant Gregory Paul Karl's Application for Order Modifying Sentence Re Restitution Payments in the case United States v. Gregory Paul Karl, et. al., CR 02-372-DDP. If called as a witness, I could and would testify to the following:

4. In November 2007, I was the Revenue Officer assigned to collect taxes owed by taxpayer Gregory P. Karl ("Karl"), who owed individual taxes for the years 1996, 1997 and 1998 and a penalty assessment, pursuant to Internal Revenue Code section 6700 (Promoting Abusive Tax Shelter), for the year ending December 31, 2005. The taxes owed by Karl were not assessed by the IRS until at least February 27, 2006, when the IRS assessed taxes owed by Karl for the year 1996, 1997, and 1998.

5. Mr. Karl's physical case file cannot be located. The information related below is based upon notes that I have preserved on the IRS'

Collections' computer database, the IRS' Integrated Collection System and the tax modules found on the IRS' Integrated Data Retrieval System.

6. In March 2008, Karl signed a form 433-D, Installment Agreement ("IA"), to pay the taxes owed by him. The IA included the tax years, the total amount due for all years, and the terms and conditions of payment. The IA provided that Karl would make initial monthly payments of $1,560, followed by monthly payments of $2,407 beginning on May 15, 2009 and monthly payments of $3,541 beginning on December 15, 2012. The monthly payment amounts in the IA were determined by taking into account Karl's financial resources and his obligation to made restitution payments of $655 per month to the U.S. District court pursuant to the Judgement and Commitment Order issued in the above-referenced case (<u>United States v. Gregory Paul Karl, et. al.</u>, CR 02-372-DDP). The second increase in the monthly payment was designed to take effect after Karl had satisfied his restitution obligations. The IA did not provide for Karl's $1560 monthly payments to be applied towards Karl's restitution obligation.

7. Karl's monthly payments, pursuant to the IA, were applied to his tax liability for the years 1996 and 1997 as set forth below:

|  |  |  |
|---|---|---|
| 4/16/2008 | $1,560.00 | 1996 Form 1040 |
| 5/15/2008 | $1,560.00 | 1996 Form 1040 |
| 6/13/2008 | $1,560.00 | 1996 Form 1040 |

| | | |
|---|---|---|
| 7/21/2008 | $1,560.00 | 1996 Form 1040 |
| 8/15/2008 | $1,560.00 | 1996 Form 1040 |
| 9/17/2008 | $1,455.00 | 1996 Form 1040 |
| 10/20/2008 | $1,560.00 | 1996 Form 1040 |
| 11/17/2008 | $1,560.00 | 1996 Form 1040 |
| 12/16/2008 | $1,560.00 | 1996 Form 1040 |
| 01/19/2009 | $1,455.00 | 1996 Form 1040 |
| 02/17/2009 | $1,560.00 | 1996 Form 1040 |
| 03/17/2009 | $1,560.00 | 1996 Form 1040 |
| 04/18/2009 | $1,560.00 | 1996 Form 1040 |
| 01/19/2009 | $105.00 | 1997 Form 1040 |
| 05/18/2009 | $1,560.00 | 1997 Form 1040 |
| 07/20/2009 | $1,560.00 | 1997 Form 1040 |
| 08/17/2009 | $1,560.00 | 1997 Form 1040 |
| 09/14/2009 | $1,560.00 | 1997 Form 1040 |
| 10/19/2009 | $1,560.00 | 1997 Form 1040 |
| 11/16/2009 | $410.00 | 1997 Form 1040 |
| 12/15/2009 | $410.00 | 1997 Form 1040 |

| 01/16/2010 | $410.00 | 1997 Form 1040 |
| --- | --- | --- |
| 02/16/2010 | $410.00 | 1997 Form 1040 |

8. In January 2010, the IA was terminated due to Karl's failure to comply with the agreed payment schedule.

9. Karl still owes taxes for the years 1997 and 1998 as well as the penalty assessment for the year 2005. The amounts due are listed below:

| | | |
| --- | --- | --- |
| 1997 1040 | $21,366.61 | $63,286.20 |
| 1998 1040 | $15,870.00 | $35,127.28 |
| 2005 Penalty | $79,779.00 | $98,674.13 |

10. The restitution payments made by Karl to the district court have not been applied to above-referenced tax liabilities because the district court has not remitted those payments to the IRS.

I declare under penalty of perjury that the above is true and correct.

Dated: This 15th day of November 2010 in Laguna Niguel, California.

*C. Fox* (signature)
C. Fox