1 | GREGORY PAUL KARL
  | In Pro Per
2 | 7202 Plaza de La Costa
  | Carlsbad, CA 92009
3 | Telephone: (760) 579-3109
  | Email: gregpkarl@aol.com
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT
DEC - 9 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 02-372-DDP |
| Plaintiff, | REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S APPLICATION FOR ORDER MODIFYING SENTENCE RE RESTITUTION PAYMENTS; DECLARATION OF C. FOX; WITH [PROPOSED] ORDER ATTACHED AS AN EXHIBIT |
| v. | |
| GREGORY PAUL KARL | |
| Defendant. | |

Defendant, Gregory Paul Karl, in pro per, hereby files his Reply to the Government's Response dated November 16, 2010, received by on November 24, 2010, for an order to allow payments of Restitution made directly to the Victims (IRS and FTB), <u>inappropriately required</u> by U.S. Probation Officer, Ann Treis, to be credited by the U.S. District Court as though received directly by them pursuant to satisfying the Restitution portion of the sentence. This Reply is based upon the attached declaration.

Dated: December 3, 2010

By: _____
GREGORY PAUL KARL, in pro per

**ADDITIONAL DECLARATION OF GREGORY PAUL KARL**

I, Gregory Paul Karl, hereby declares as follows:

1. I am acting pro per in this matter. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto under oath.

2. I hereby **_REVOKE_** my apparent signature on the IRS Installment Agreement as having no legal force or effect. This Revocation includes any and all provisions shown on that document. The placing of my written name on the Installment Agreement was completely coerced by U.S. Probation Officer, Ann Treis, under duress for fear of return to incarceration since she would deem me to be uncooperative and therefore in violation of my probation if I refused her order. I was coerced to cooperate without objection until I was released by the Probation Office in June, 2010 and I felt completely safe to approach the Court with details of the matter and seek relief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, executed on December 3, 2010, at Carlsbad, California.

_____
GREGORY PAUL KARL, in pro per

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. Declaration of C. Fox

C. Fox compiled a purported schedule of all amounts received by IRS from date of sentencing to November 15, 2010, the date of her Declaration. Her source is, at best, incomplete. The schedule is missing an additional $105 payment made on 9-17-08 (please note that a second missing $105 payment made on 1-19-09 was corrected later in the list). It is also missing a $30.10 amount confiscated by IRS on 3-26-10. Further, she did not list any of the amounts confiscated by IRS as shown on Exhibit A: a Form 1040 Overpayment ($717.40), two Form 940 Refunds totaling ($1,274.00) as well as the $600 Stimulus Payment. As she swore her schedule was accurate, she has technically perjured herself in that declaration.

The Court should note that, even if the amounts shown in the Declaration of Ms. Fox schedule are used, enough payment was received by the government to more than satisfy full Restitution.

### II. Exhibit A Accuracy

Exhibit A details the payments made directly to the Victims as well as the Clerk, U.S. District Court Fiscal Section. These payments were verified by my U.S. Probation Officers throughout my probation as well as a final verification when I submitted Exhibit A to them just prior to my release. Probation Officer Quiana Bush-Holloway will verify that Exhibit A is accurate. At this date I have the only complete, detailed and verified list.

### III. Loss of Files

The IRS admits that it has lost my file and the Probation Office has also admitted that it lost my file which included payment verification by my last

3

Probation Officer, Quiana Bush-Holloway. The government's loss of files regarding this matter is might be viewed as intentional. At the very least it casts serious doubt on their position regarding my payments as well as the circumstances surrounding the purported signing of the IRS Installment Agreement. Certain notes in those files may tend to support my position regarding the coercion I have declared.

IV. <u>Misrepresentation of Restitution</u>

The government has stated that, since the Court ordered tax payments as its Restitution to the Victims before the IRS computed taxes, penalties and interest it claimed I owed, that the Restitution is in addition to that assessed by IRS. The court will no doubt remember that it did <u>not</u> want that position taken and was very clear in its order that *"Any amounts paid as restitution pursuant to this Judgment and Probation Commitment Order shall be credited towards any amount owed by defendant pursuant to any other tax collection proceeding."* It is, therefore, very clear that when the IRS/FTB assesses the total amount it claims owing, that the Restitution amount is <u>included</u> therein and not to be considered in addition to it. The government is attempting to misrepresent the Restitution by its Response as additive to any assessment and thereby change the intent of the sentencing order so carefully crafted by the Court to avoid that position.

V. <u>Conclusion</u>

For the reasons stated in my APPLICATION FOR ORDER MODIFYING SENTENCE RE RESTITUTION PAYMENTS, my <u>Revocation of Signature</u> on the IRS Installment Agreement, and the points stated herein, the Court should reaffirm its Sentencing Order and additionally support it by adding the Proposed Order shown herein or as modified with any other appropriate language that credits all amounts received by IRS and FTB , including confiscations, as payments that reduce and, therefore, completely satisfy the Court ordered Restitution.

4

## [PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Restitution of Gregory Paul Karl's sentence shall be modified as follows:

1. Mr. Karl shall be given credit as Restitution, for any Payments made, in any manner whatsoever (including confiscation), directly to the Victims, either Internal Revenue Service or the California Franchise Tax Board.
2. Mr. Karl shall notify the Clerk, U.S. District Court Fiscal Section, of any Payments made directly to the Victims and proper credit shall be recorded until full Restitution is made.
3. Mr. Karl has produced sufficient verified support for such payments, made either directly to the Clerk, U.S. District Court Fiscal Section or directly to the Victims, Restitution is hereby deemed fully satisfied.
4. All other terms and conditions of Mr. Karl's sentence shall remain the same.

IT IS SO ORDERED.

Dated: December 19, 2010

_____
HON. DEAN D. PREGERSON
United States District Judge

EXHIBIT A
PAGE 1 OF 2

## Gregory P. Karl Payments Made Since Sentencing

| Date | Check # | Total | Taft | Federal Court | IRS | 1040 Overpmt | 940 Overpmt | FTB |
|---|---|---|---|---|---|---|---|---|
| 6/26/06 | 56811 | $25.00 | $25.00 | | | | | |
| 9/21/06 | 58488 | 25.00 | 25.00 | | | | | |
| 12/21/06 | 59910 | 25.00 | 25.00 | | | | | |
| 3/22/07 | 61336 | 25.00 | 25.00 | | | | | |
| 10/29/07 | 7944 | 800.00 | | $800.00 | | | | |
| 11/7/07 | 2141 | 500.00 | | 500.00 | | | | |
| 11/26/07 | 1972 | 200.00 | | 200.00 | | | | |
| 12/18/07 | 1789 | 200.00 | | 200.00 | | | | |
| 1/25/08 | 2499 | 200.00 | | 200.00 | | | | |
| 2/18/08 | Refund | 717.40 | | | | $717.40 | | |
| 2/22/08 | 2673 | 200.00 | | 200.00 | | | | |
| 3/6/08 | Refund | 1,237.00 | | | | | $1,237.00 | |
| 3/31/08 | 3043 | 655.00 | | 655.00 | | | | |
| 4/15/08 | 1555 | 1,560.00 | | | $1,560.00 | | | |
| 4/22/08 | 3068 | 200.00 | | 200.00 | | | | |
| 5/15/08 | 1562 | 1,560.00 | | | 1,560.00 | | | |
| 5/15/08 | 1563 | 25.00 | | | | | | $25.00 |
| 6/15/08 | 1562 | 1,560.00 | | | 1,560.00 | | | |
| 6/15/08 | 1571 | 25.00 | | | | | | 25.00 |
| 6/16/08 | 9260 | 200.00 | | 200.00 | | | | |
| 7/17/08 | Stimulus | 600.00 | | | | 600.00 | | |
| 7/10/08 | 3556 | 200.00 | | 200.00 | | | | |
| 7/10/08 | 3557 | 200.00 | | 200.00 | | | | |
| 7/15/08 | 1578 | 1,560.00 | | | 1,560.00 | | | |
| 7/15/08 | 1579 | 25.00 | | | | | | 25.00 |
| 8/15/08 | 3692 | 200.00 | | 200.00 | | | | |
| 8/15/08 | 1586 | 1,560.00 | | | 1,560.00 | | | |
| 8/15/08 | 1587 | 25.00 | | | | | | 25.00 |
| 9/15/08 | 1596 | 1,560.00 | | | 1,560.00 | | | |
| 9/15/08 | 1597 | 25.00 | | | | | | 25.00 |
| 9/18/08 | 9529 | 200.00 | | 200.00 | | | | |
| 10/15/08 | 1603 | 1,560.00 | | | 1,560.00 | | | |
| 10/21/08 | 5561 | 200.00 | | 200.00 | | | | |
| 11/15/08 | 1609 | 1,560.00 | | | 1,560.00 | | | |
| 11/20/08 | 0352 | 200.00 | | 200.00 | | | | |
| 12/15/08 | 1617 | 1,560.00 | | | 1,560.00 | | | |
| 12/22/08 | 6591 | 200.00 | | 200.00 | | | | |
| 1/15/09 | 1623 | 1,560.00 | | | 1,560.00 | | | |
| 1/16/09 | 4400 | 200.00 | | 200.00 | | | | |
| 2/15/09 | 1628 | 1,560.00 | | | 1,560.00 | | | |
| 2/23/09 | 4707 | 200.00 | | 200.00 | | | | |
| 2/25/09 | Refund | 37.00 | | | | | 37.00 | |

EXHIBIT A
PAGE 2 OF 2

### Gregory P. Karl Payments Made Since Sentencing

| Date | Check # | Total | Taft | Federal Court | IRS | 1040 Overpmt | 940 Overpmt | FTB |
|---|---|---|---|---|---|---|---|---|
| 3/15/09 | 1635 | 1,560.00 | | | 1,560.00 | | | |
| 3/19/09 | 4895 | 200.00 | | 200.00 | | | | |
| 4/15/09 | 1642 | 1,560.00 | | | 1,560.00 | | | |
| 4/20/09 | 5248 | 200.00 | | 200.00 | | | | |
| 5/15/09 | 1648 | 1,560.00 | | | 1,560.00 | | | |
| 5/21/09 | 5850 | 200.00 | | 200.00 | | | | |
| 6/17/09 | 424196161 | 200.00 | | 200.00 | | | | |
| 6/22/09 | Levy | 1,205.77 | | | | | | 1,205.77 |
| 7/15/09 | Cashiers | 1,560.00 | | | 1,560.00 | | | |
| 7/16/09 | 6550 | 200.00 | | 200.00 | | | | |
| 8/15/09 | Cashiers | 1,560.00 | | | 1,560.00 | | | |
| 8/20/09 | 6840 | 200.00 | | 200.00 | | | | |
| 9/8/09 | 1815 | 1,560.00 | | | 1,560.00 | | | |
| 9/15/09 | 9262 | 200.00 | | 200.00 | | | | |
| 10/15/09 | 1823 | 1,560.00 | | | 1,560.00 | | | |
| 10/19/09 | 7184 | 200.00 | | 200.00 | | | | |
| 11/15/09 | 1831 | 410.00 | | | 410.00 | | | |
| 11/17/09 | 7417 | 200.00 | | 200.00 | | | | |
| 12/15/09 | 1838 | 410.00 | | | 410.00 | | | |
| 12/17/09 | 7811 | 200.00 | | 200.00 | | | | |
| 1/15/10 | 9899 | 200.00 | | 200.00 | | | | |
| 1/15/10 | 1847 | 410.00 | | | 410.00 | | | |
| 2/15/10 | 1855 | 410.00 | | | 410.00 | | | |
| 2/17/10 | 179 | 200.00 | | 200.00 | | | | |
| 2/26/10 | L022510001689 | 33.96 | | | | | | 33.96 |
| 3/4/10 | 428520341 | 200.00 | | 200.00 | | | | |
| 3/26/10 | L032610001272 | 30.10 | | | 30.10 | | | |
| 4/15/10 | PMO#17661555314 | 200.00 | | 200.00 | | | | |
| 5/19/10 | PMO#17661557777 | 200.00 | | 200.00 | | | | |
| Total paid since Court Order | | $41,761.23 | $100.00 | $7,955.00 | $29,750.10 | $1,317.40 | $1,274.00 | $1,364.73 |
| Court ordered amount | | 26,297.62 | | | | | | |
| Payments not credited | | $15,463.61 | | | | | | |

Note: All direct payments to IRS and FTB have been verified by the U.S. Probation Office.